UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA LAMB,

                    Plaintiff,

vs.                                   Case No.   2:05-cv-115-FtM-33SPC

PLANET EARTH, INC.,

                    Defendant.
_____

## ORDER

This matter came before the Court as a result of the Clerk's Entry of Default (Doc. #10) entered against Defendant Planet Earth, Inc., on May 2, 2005 and Plaintiff's Motion for Entry of Final Default Judgment (Doc. #11) filed May 6, 2005. Having reviewed the foregoing documents, and being otherwise fully advised in the premises,

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** as follows:

1.   For the reasons stated in this Court's May 2, 2005 order (Doc. #10), the Defendant is in default and the factual allegations in the Complaint (Doc. #1) are deemed admitted.

2.   Defendant, Planet Earth, Inc., is in violation of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12812, et seq., and the Americans with Disability Act Accessibility Guidelines ("ADAAG"), 28 CFR Part 36 Appendix A, due to the existence of various architectural barriers at the property known

as Planet Earth Book Center, located at 5100 Cleveland Avenue, Space # 315, Fort Myers Beach, Florida.

　　　3.　　The Defendant is hereby ordered to comply with the requirements of the Americans with Disabilities Act including making the modifications to the barriers detailed below. The Defendant shall modify or remove the following architectural and communications barriers to access at the property:

i.　　　　There is a lack of proper signage at the restroom door;

ii.　　　　There is a lack of proper grab bars in the restroom;

iii.　　　　The paper towel dispenser is out of reach range;

iv.　　　　There is a lack of maneuvering clearance inside the restroom;

v.　　　　There is a lack of maneuvering space inside the bathroom stall;

If removal of these barriers is not readily achievable, the Defendant must provide alternative means of access.

　　　4.　　The Defendant shall complete the above-referenced modifications within a reasonable period of time, but not later than **180 DAYS** from the date of this order.

　　　5.　　The Plaintiff may submit a motion to this Court for consideration of reimbursement of reasonable attorney's fees and costs incurred in connection with this matter.

　　　6.　　The Clerk is directed to enter Judgment accordingly and

close the file.

DONE and ORDERED in Chambers in Fort Myers, Florida, this

_____ day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record